649 A.2d 852

IN THE MATTER OF HUBERT JOHNSON,
AN ATTORNEY AT LAW.

November 21, 1994.

## ORDER

**HUBERT JOHNSON** of **PETROS, TENNESSEE** who was admitted to the bar of this State in 1973, having been convicted of first-degree murder, in violation of *T.C.A.* 39–13–202, and attempted first-degree murder, in violation of *T.C.A.* 39–12–101, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), **HUBERT JOHNSON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **HUBERT JOHNSON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **HUBERT JOHNSON** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.